UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JRG REINSURANCE COMPANY, LTD ET AL.,**

    *Plaintiffs,*

**v.**                        **No. 4:24-cv-00394-P**

**NATIONAL TRANSPORTATION ASSOCIATES, INC. D/B/A NTA GENERAL INSURANCE AGENCY,**

    *Defendant.*

---

## ORDER

---

Before the Court is Plaintiffs MS Amlin Corporate Member, Limited, as sole underwriting member of Lloyd's Syndicate 2001, and MS Amlin AG, Bermuda Branch's (collectively "MS Amlin"), Antares Reinsurance Company, Limited's ("Antares Re"), Technology Insurance Company's ("Technology"), Continental Indemnity Company's ("Continental") (collectively, MS Amlin, Antares Re, Technology, and Continental are the "Reinsurers"), Defendants National Transportation Associates, Inc. d/b/a NTA General Insurance Agency's ("NTA"), and NTA Underwriters, LLC's ("Underwriters") (collectively, NTA, Underwriters, and the Reinsurers are the "Parties") Motion to Extend Certain Deadlines and Continue Trial Setting ("Motion") (ECF No. 227).

After considering the Motion, applicable law, and the relevant docket entries, the Court finds that the Motion should be and hereby is

**GRANTED.** Due to the age of this case, however, no more extensions shall be granted.

Therefore, it is **ORDERED** that the scheduling order is **AMENDED** to reflect the following deadlines are **EXTENDED** as follows:

| Pretrial Disclosures & Objections (¶7) | October 23, 2026 (Objections due 14 days later) |
|---|---|
| Pretrial Materials (¶8) | November 6, 2026 |
| Exchange of Exhibits (¶9) | November 20, 2026 |
| Pretrial Conference (¶11) | To be set if necessary |

It is further **ORDERED** that the discovery deadline is extended to **September 15, 2026**.

It is further **ORDERED** that the trial in this cause is **CONTINUED** and reset on the Court's four-week trial docket beginning on **January 19, 2027 at 9:00 a.m.**

**SO ORDERED** on this **6th day of July 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

2